# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIG GLOBAL INVESTMENT CORPORATION, AIG SUNAMERICA ASSET MANAGEMENT CORP. AND THE VARIABLE ANNUITY LIFE INSURANCE COMPANY<br><br>v.<br><br>PEGASUS COMMUNICATIONS CORP., MARSHALL W. PAGON AND JOSEPH W. POOLER, JR. | CIVIL ACTION NO. 05-2499<br><br>TO: (NAME AND ADDRESS OF DEFENDANT) |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

ABRAHAM C. REICH, ESQ.
FOX ROTHSCHILD LLP
2000 MARKET STREET, 10TH STREET
PHILA., PA  19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date:  MAY 26, 2005 |

(By) Deputy Clerk

*Crystal Wardlaw* (signature)

CRYSTAL WARDLAW

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/31/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Richard Ehrlich | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons & Complaint issued upon Marshall Watters Pagon was served at 225 City Line Ave., ste. 200, Bala Cynwyd, PA and accepted by Scott Blank (General Counsel).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __5/3/05__
              Date

Signature of Server

Dennis Richman's Services
1617 JFK Blvd., Phila., PA 19103

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.